# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1441.  JOHN S. SHERMAN v. ATLANTA INDEPENDENT SCHOOL SYSTEM et al.**

John S. Sherman sued the Atlanta Independent School System and the Atlanta Development Authority seeking to invalidate certain ordinances, resolutions, and redevelopment plans.  The trial court granted summary judgment to the defendants, and Sherman appealed to this Court.  Sherman now requests that we transfer the case to the Supreme Court so that it may be consolidated with a similar case pending there.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996); Ga. Const. of 1983, Art. VI, Sec. VI, Para. II.  Because this case appears to fall within the Supreme Court's jurisdiction over constitutional questions, and in deference to that Court's exercise of jurisdiction over the pending similar case, the motion to transfer is GRANTED and this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/23/2012
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*, Clerk.*